484     HESS, Appellant, *v.* PHILADELPHIA.

Statement of Facts—Opinion of the Court. [30 Pa. Superior. Ct.

## Hess, Appellant, *v.* Philadelphia.

Argued Oct. 19, 1905.   Appeal, No. 181, Oct. T., 1905, by plaintiff, from judgment of C. P. No. 5, Phila. Co., Sept. T., 1903, No. 2,598, on verdict for defendant in case of George M. Hess v. City of Philadelphia.   Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ.   Affirmed.

OPINION BY RICE, P. J., April 23, 1906:

This case was tried in the court below and argued here with Uhle v. Philadelphia and as it does not differ therefrom in its essential facts must be decided in the same way.

The judgment is affirmed.

---

## Wise *v.* Wilby, Appellant.

*Sale—Contract—Warranty—Condition.*

Where a dealer sells leather knowing that it is bought by the purchaser with a view of selling it to a third person, and warrants that the leather is of good quality, and of the size and tannage represented, such language raises no implication that the sale was conditioned upon the acceptance of the goods by the third person.

Argued Nov. 22, 1905.   Appeal, No. 68, Oct. T., 1905, by defendant, from judgment of C. P. Delaware Co., March T., 1903, No. 75, on verdict for plaintiff in case of Henry T. C. Wise, trading as Wise &' Bailey, v. Thomas Wilby.   Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ.   Affirmed.

Assumpsit for goods sold and delivered.   Before JOHNSON, P. J.

The facts are stated in the opinion of the Superior Court.

Verdict and judgment for plaintiff for $1,295.55.   Defendant appealed.